```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

```
ANNIE TERRELL,                      *
                                    *
     Plaintiff,                     *    CIVIL ACTION NO. 13-00357-B
                                    *
vs.                                 *
                                    *
CAROLYN W. COLVIN,                  *
Commissioner of Social Security,    *
                                    *
     Defendant.                     *
```

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED**.

**DONE** this **26th** day of **January, 2015.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**